IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00672-BNB

REY GARCIA PEREZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
DOE 1-100, Inclusive,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Rey Garcia Perez, is an inmate at a correctional facility in Post, Texas. Mr. Perez initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1) complaining that his constitutional rights were violated when he was detained in Colorado in 2006. On March 14, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Perez to cure certain deficiencies if he wished to pursue any claims in this Court. Specifically, Magistrate Judge Boland ordered Mr. Perez either to pay the $350.00 filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Mr. Perez was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Perez has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's March 14 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Perez failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  22nd  day of   April  , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court